# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re Ex Parte* Application of<br><br>CFE International LLC,<br><br>Applicant,<br><br>v.<br><br>Denham Capital Management LP,<br><br>Respondent. | M.B.D. No. 22-91355-FDS<br><br>**APPLICATION FOR AN ORDER GRANTING DOCUMENT DISCOVERY AND A DEPOSITION IN AID OF A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782** |

**FILED *EX PARTE* AND UNDER SEAL**

CHOATE HALL & STEWART LLP
Two International Place
Boston, MA 02110
(617) 248-5000

PAUL, WEISS, RIFKIND,
 WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000

Attorneys for Applicant CFE International LLC

I.  **Jurisdiction**

The Court's jurisdiction to hear and grant this Application arises under 28 U.S.C. § 1782 and Rules 26, 30 and 45 of the Federal Rules of Civil Procedure.

II. **Relief Sought**

This application is supported by a separately filed Memorandum of Points and Authorities ("Memorandum") and the Declarations of Sam Anson and Fernando Aponte Martínez.

As explained herein and in the Memorandum, CFE International LLC ("CFEi") seeks issuance of subpoenas for discovery of documentary evidence from, and for a deposition of a representative of, Denham Capital Management LP (together with its subsidiaries and affiliates, "Denham"), which subpoenas are attached as Exhibits 1 and 2 to this Application, in order to gather evidence for use in an ongoing foreign criminal proceeding in Mexico.

III. **The Application Satisfies the Statutory and Discretionary Requirements for Granting a Section 1782 Application**

The Court is empowered to grant the Application and to compel both testimonial and documentary evidence, pursuant to 28 U.S.C. § 1782, because (1) Denham resides or is found in this district; (2) the evidence is sought for use in the ongoing Mexican criminal proceeding, which is a proceeding before a foreign tribunal within the meaning of the statute; and (3) CFEi is an interested person in that proceeding because it is a complainant and victim in that proceeding. Furthermore, as shown in the Memorandum, all four discretionary factors that a court considers in determining whether to grant a Section 1782 request also support granting this Application. *See Intel Corp.* v. *Advanced Micro Devices, Inc.*, 542 U.S. 241, 256–59 (2004).

CFEi therefore respectfully requests that this Court issue an order granting CFEi discovery from Denham pursuant to 28 U.S.C. § 1782, including through the issuance of the attached subpoenas. A proposed order is attached as Exhibit 3 to this Application.

Dated: July 15, 2022

                         CHOATE HALL & STEWART LLP

                         By: /s/ *Diana K. Lloyd*
                         Diana K. Lloyd, BBO No. 560586
                         Jennie D. Wilusz, BBO No. 696156
                         Choate Hall & Stewart LLP
                         Two International Place
                         Boston, MA 02110

                                - and -

                         PAUL, WEISS, RIFKIND,
                           WHARTON & GARRISON LLP

                         Michael E. Gertzman (*pro hac vice* pending)
                         Harris Fischman (*pro hac vice* pending)
                         Justin D. Lerer (*pro hac vice* pending)
                         David K. Kessler (*pro hac vice* pending)
                         1285 Avenue of the Americas
                         New York, New York 10019-6064

                         Mark F. Mendelsohn (*pro hac vice* pending)
                         2001 K Street, N.W.
                         Washington, DC 20006

                         *Attorneys for Applicant CFE International LLC*

## LOCAL RULE 7.1(a)(2) CERTIFICATION

Counsel for CFE International LLC has not conferred with respondent pursuant to Rule 7.1(a)(2) regarding this application, because the matter is being filed *ex parte* and under seal.

/s/ Diana K. Lloyd
Diana K. Lloyd, BBO No. 560586

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of July, 2022, I have served this original application upon the Clerk of Court; and I further certify that a true and correct copy will be served on attorneys of record upon unsealing of this matter or upon other order of this Court, in accordance with Local Rule 7.1(c).

/s/ Diana K. Lloyd
Diana K. Lloyd, BBO No. 560586