# EXHIBIT 2

# FILED EX PARTE AND UNDER SEAL

# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS AUSTIN DIVISION

| | |
|---|---|
| *In re Ex Parte* Application of<br><br>CFE International LLC,<br>                Applicant,<br><br>Antaeus Group LLC,<br>                Respondent. | **Case No. 1:22-mc-00365-LY-ML**<br><br>**SEALING ORDER** |

## ORDER

WHEREAS, the Applicant CFE International LLC ("CFEi") has applied for an order authorizing it to serve subpoenas upon Respondent Antaeus Group LLC ("Antaeus"); and

WHEREAS, CFEi has further applied for an order directing that the entire action be filed under seal;

**IT IS HEREBY ORDERED**, that

1. The Application to seal the action is GRANTED, and the Clerk of the Court is directed to place the entire action under seal.

2. Until further Order of the Court, all documents in this action shall be filed under seal.

Dated: Austin, Texas

      April 28, 2022

 

THE HONORABLE MARK LANE
UNITED STATES MAGISTRATE JUDGE