# EXHIBIT 4

# FILED EX PARTE AND UNDER SEAL

CASREF

# U.S. District Court [LIVE]
## Western District of Texas (Austin)
## CIVIL DOCKET FOR CASE #: 1:22-mc-00429-LY-ML

CFE International LLC v. Arbor Glen Consulting LLC
Assigned to: Judge Lee Yeakel
Referred to: Judge Mark Lane
Related Case: 1:22-mc-00365-LY-ML
Cause: 28:1782 Letter rogatory - appointment

Date Filed: 05/04/2022
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Petitioner**

**CFE International LLC** represented by **David K. Kessler**
Paul Weiss Rifkind Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
212-373-3614
Fax: 212-492-0614
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Harris Fischman**
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue Of The Americas
New York, NY 10019
(212) 373-3306
Fax: (212) 492-0306
Email: hfischman@paulweiss.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Justin D. Lerer**
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue Of The Americas
New York, NY 10019
(212) 373-3766
Fax: (212) 492-0766
Email: jlerer@paulweiss.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Maria Helen Keane**
Paul, Weiss, Rifkind, Wharton &
Garrison L.P
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3202
Fax: (212) 492-0202
Email: mkeane@paulweiss.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark F. Mendelsohn**
Paul, Weiss, Rifkind, Wharton &
Garrison LLP
2001 K Street, Nw
Washington, DC 20006
(202) 223-7377
Fax: (202) 204-7377
Email: mmendelsohn@paulweiss.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael E. Gertzman**
Paul, Weiss, Rifkind, Wharton &
Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3281
Fax: (212) 492-0281
Email: mgertzman@paulweiss.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William W. Russell**
Reed Smith LLP
811 Main Street, Suite 1700
Houston, TX 77002
(713) 469-3634
Email: wrussell@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.
**Respondent**

**Arbor Glen Consulting LLC**        represented by    **Jeffrey Alan Brown**
Dechert LLP
3 Bryant Park
New York, NY 10036
(212) 698-3511
Fax: (212) 698-0678
Email: jeffrey.brown@dechert.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lindsey Beth Cohan**
Dechert LLP
515 Congress Avenue
Suite 1400
Austin, TX 78701
512-394-3027
Fax: 512-395-3987
Email: lindsey.cohan@dechert.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicholas Russin Gersh**
Dechert LLP
1095 Avenue Of The Americas
New York, NY 10036
(212) 698-3500
Fax: (212) 698-3599
Email: Nicholas.Gersh@Dechert.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/04/2022 | 1 | APPLICANT'S MOTION TO FILE EX PARTE AND UNDER SEAL. Referral Judge: Mark Lane. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6) (dm) Modified on 5/26/2022 to remove ex parte per order to unseal case(cc3). (Entered: 05/09/2022) |
| 05/04/2022 | 2 | SEALED EX PARTE APPLICATION FOR ORDER TO ISSUS SUBPOENA. Referral Judge: Mark Lane. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3) (dm) Modified on 5/26/2022 to remove ex parte per order to unseal case(cc3). (Entered: 05/09/2022) |
| 05/04/2022 | 3 | Memorandum of Points and Authorities in Support of Application for Order Permitting CFE International LLC to Issue Subpoena for the taking of a Deposition and the Production of Documents from Arbor Glen Consulting, LLC *(Former SEALED EX PARTE DOCUMENT; unsealed by 18 Order of the* |

| | | |
|---|---|---|
| | | *Court.)* (dm) Modified on 5/26/2022 to remove ex parte per order to unseal case (cc3). Modified on 5/26/2022 (klw). (Entered: 05/09/2022) |
| 05/04/2022 | 4 | DECLARATION of Sam Anson in Support of Application for Order Permitting CFE International LLC to Issue Subpoena for the taking of a Deposition and the Production of Documents from Arbor Glen Consulting, LLC *(Former SEALED EX PARTE DOCUMENT; unsealed by 18 Order of the Court.)*. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23) (dm) Modified on 5/26/2022 to remove ex parte per order to unseal case(cc3). Modified on 5/26/2022 (klw). (Main Document 4 replaced on 6/8/2022) (klw). Modified on 6/8/2022 to switch main document between docs 4 and 5 per atty's notification that they transposed them. (klw). (Entered: 05/09/2022) |
| 05/04/2022 | 6 | MOTION to Appear Pro Hac Vice by Michael E. Gertzman by CFE International LLC. (No Fee Submitted).. Motions referred to Judge Mark Lane. (dm) (Entered: 05/09/2022) |
| 05/04/2022 | 7 | MOTION to Appear Pro Hac Vice by Mark F. Mendelsohn by CFE International LLC.. Motions referred to Judge Mark Lane. (dm) (Entered: 05/09/2022) |
| 05/04/2022 | 8 | MOTION to Appear Pro Hac Vice by Harris Fischman by CFE International LLC. (No Fee Submitted).. Motions referred to Judge Mark Lane. (dm) (Entered: 05/09/2022) |
| 05/04/2022 | 9 | MOTION to Appear Pro Hac Vice by Justin D. Lerer by CFE International LLC. (No Fee Submitted). Motions referred to Judge Mark Lane. (dm) (Entered: 05/09/2022) |
| 05/04/2022 | 10 | MOTION to Appear Pro Hac Vice by Maria Helen Keane by CFE International LLC. (No Fee Submitted). Motions referred to Judge Mark Lane. (dm) (Entered: 05/09/2022) |
| 05/09/2022 | 5 | DECLARATION of Fernando Aponte Martinez in Support of Application for Order Permitting CFE International LLC to Issue Subpoena for the taking of a Deposition and the Production of Documents from Arbor Glen Consulting, LLC *(Former SEALED EX PARTE DOCUMENT; unsealed by 18 Order of the Court.)* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7) (dm) Modified on 5/26/2022 to remove ex parte per order to unseal case(cc3). Modified on 5/26/2022 (klw). (Main Document 5 replaced on 6/8/2022) (klw). Modified on 6/8/2022 to switch main document between docs 4 and 5 per atty's notification that they transposed them. (klw). (Entered: 05/09/2022) |
| 05/09/2022 | 11 | ORDER REFERRING CASE to Magistrate Judge Mark Lane. Signed by Judge Lee Yeakel. Referral Magistrate Judge: Mark Lane. (cc3) (Entered: 05/09/2022) |
| 05/10/2022 | | |

| | | Text Order GRANTING 1 Motion to File Ex Parte and Under Seal entered by Judge Mark Lane. (This is a text-only entry generated by the court. There is no document associated with this entry.) (ah) (Entered: 05/10/2022) |
|---|---|---|
| 05/10/2022 | | Text Order GRANTING 6 Motion to Appear Pro Hac Vice. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. entered by Judge Mark Lane. (This is a text-only entry generated by the court. There is no document associated with this entry.) (ah) (Entered: 05/10/2022) |
| 05/10/2022 | | Text Order GRANTING 7 Motion to Appear Pro Hac Vice. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. entered by Judge Mark Lane. (This is a text-only entry generated by the court. There is no document associated with this entry.) (ah) (Entered: 05/10/2022) |
| 05/10/2022 | | Text Order GRANTING 8 Motion to Appear Pro Hac Vice. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. entered by Judge Mark Lane. (This is a text-only entry generated by the court. There is no document associated with this entry.) (ah) (Entered: 05/10/2022) |
| 05/10/2022 | | Text Order GRANTING 9 Motion to Appear Pro Hac Vice. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. entered by Judge Mark Lane. (This is a text-only entry generated by the court. There is no document associated with this entry.) (ah) (Entered: 05/10/2022) |
| 05/10/2022 | | Text Order GRANTING 10 Motion to Appear Pro Hac Vice. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. entered by Judge Mark Lane. (This is a text-only entry generated by the court. There is no document associated with this entry.) (ah) (Entered: 05/10/2022) |
| 05/10/2022 | 12 | Sealed Order. Signed by Judge Mark Lane. (cc3) (Entered: 05/10/2022) |
| 05/11/2022 | 13 | ORDER GRANTING 6 MOTION to appear Pro Hac Vice as to Michael E. Gertzman, 7 MOTION to appear Pro Hac Vice as to Mark F. Mendelsohn, 8 MOTION to appear Pro Hac Vice as to Harris Fischman, 9 MOTION to appear Pro Hac Vice as to Justin D. Lerer and 10 MOTION to appear Pro Hac Vice as to Maria Helen Keane. Signed by Judge Mark Lane. (cc3) (Entered: 05/11/2022) |
| 05/12/2022 | 14 | Filing fee received in the amount of $49, receipt number 100040973 (cc3) (Entered: 05/16/2022) |
| 05/24/2022 | 15 | NOTICE of Filing: Subpoena to testify at a Deposition in a civil action by CFE International LLC. (cc3) (Entered: 05/24/2022) |

| 05/24/2022 | 16 | NOTICE of Filing: Subpoena to Produce Documents, Information, or Objects to Permit Inspection of Premises in a Civil Action by CFE International LLC. (cc3) (Entered: 05/24/2022) |
|---|---|---|
| 05/24/2022 | 17 | MOTION to Unseal Case by CFE International LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Proposed Order) Motions referred to Judge Mark Lane. (cc3) (Entered: 05/24/2022) |
| 05/26/2022 | 18 | ORDER GRANTING 17 Motion to Unseal Case Signed by Judge Mark Lane. (cc3) (Entered: 05/26/2022) |
| 05/27/2022 | 19 | Pro Hac Vice Fee Paid by Michael E. Gertzman; Filing fee $ 100, receipt number 130. (cc3) (Entered: 05/27/2022) |
| 05/27/2022 | 20 | Pro Hac Vice Fee Paid by Mark F. Mendelsohn; Filing fee $ 100, receipt number 131. (cc3) (Entered: 05/27/2022) |
| 05/27/2022 | 21 | Pro Hac Vice Fee Paid by Harris Fischman; Filing fee $ 100, receipt number 132. (cc3) (Entered: 05/27/2022) |
| 05/27/2022 | 22 | Pro Hac Vice Fee Paid by Justin D. Lerer; Filing fee $ 100, receipt number 133. (cc3) (Entered: 05/27/2022) |
| 05/27/2022 | 23 | Pro Hac Vice Fee Paid by Maria Helen Keane; Filing fee $ 100, receipt number 134. (cc3) (Entered: 05/27/2022) |
| 06/08/2022 |  | Notice of Correction: re 4 MOTION and 5 MOTION. ***Clerk note that counsel for Reed Smith notified the court that the main documents of 4 and 5 were transposed. The clerk has replaced the main documents for each of the 2 entries with correct documents.*** (klw) (Entered: 06/08/2022) |
| 06/09/2022 | 24 | STIPULATION *Governing Briefing on Respondent's Motion to Quash and Responses & Objections to Applicant's Subpoenas* by Arbor Glen Consulting LLC, CFE International LLC. (Attachments: # 1 Proposed Order)(Cohan, Lindsey) (Entered: 06/09/2022) |
| 06/09/2022 | 25 | MOTION to Appear Pro Hac Vice by Lindsey Beth Cohan *for Jeffrey Brown* ( Filing fee $ 100 receipt number 0542-16124263) by on behalf of Arbor Glen Consulting LLC. (Attachments: # 1 Proposed Order). Motions referred to Judge Mark Lane. (Cohan, Lindsey) (Entered: 06/09/2022) |
| 06/09/2022 |  | Text Order GRANTING 25 Motion to Appear Pro Hac Vice. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. entered by Judge Mark Lane. (This is a text-only entry generated by the court. There is no document associated with this entry.) (ah) (Entered: 06/09/2022) |
| 06/09/2022 | 26 | NOTICE of Filing of Corrected Exhibits to The Declaration of Fernando Aponte Martinez (Doc No. 4) by CFE International LLC (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8)(Russell, William) (Entered: 06/09/2022) |
| 06/09/2022 | 27 | NOTICE of Filing of Corrected Exhibits to the Declaration of Sam Anson (Doc No. 5) by CFE International LLC (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 |

| | | |
|---|---|---|
| | | Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23)(Russell, William) (Entered: 06/09/2022) |
| 06/10/2022 | 28 | ORDER re 24 Stipulation filed by Arbor Glen Consulting LLC, CFE International LLC. Signed by Judge Mark Lane. (cc3) (Entered: 06/10/2022) |
| 06/10/2022 | 29 | ORDER GRANTING re 25 MOTION to Appear Pro Hac Vice by Lindsey Beth Cohan *for Jeffrey Brown* (Filing fee $ 100 receipt number 0542-16124263) filed by Arbor Glen Consulting LLC. Signed by Judge Mark Lane. (cc3) (Entered: 06/10/2022) |
| 06/10/2022 | 30 | MOTION to Appear Pro Hac Vice by Lindsey Beth Cohan *of Nicholas Gersh* ( Filing fee $ 100 receipt number 0542-16129933) by on behalf of Arbor Glen Consulting LLC. (Attachments: # 1 Proposed Order). Motions referred to Judge Mark Lane. (Cohan, Lindsey) (Entered: 06/10/2022) |
| 06/13/2022 | 31 | ORDER GRANTING 30 Motion to Appear Pro Hac Vice as to Nicholas Russin Gersh. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Mark Lane. (cc3) (Entered: 06/13/2022) |
| 06/14/2022 | 32 | ORDER GRANTING 30 MOTION to Appear Pro Hac Vice as to Nicholas Russin Gersh. Signed by Judge Lee Yeakel. (cc3) (Entered: 06/14/2022) |
| 06/16/2022 | 33 | Opposed MOTION to Quash *Subpoenas & For Protective Order* by Arbor Glen Consulting LLC. (Attachments: # 1 Affidavit Cohan Declaration, # 2 Exhibit A, # 3 Proposed Order). Motions referred to Judge Mark Lane. (Cohan, Lindsey) (Entered: 06/16/2022) |
| 06/23/2022 | 34 | MOTION to Appear Pro Hac Vice by William W. Russell *for David K. Kessler* ( Filing fee $ 100 receipt number 0542-16177413) by on behalf of CFE International LLC. (Attachments: # 1 Proposed Order). Motions referred to Judge Mark Lane. (Russell, William) (Entered: 06/23/2022) |
| 06/24/2022 | 35 | ORDER GRANTING 34 Motion to Appear Pro Hac Vice as to David Kessler. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Mark Lane. (cc3) (Entered: 06/24/2022) |
| 06/28/2022 | 36 | Memorandum in Opposition to Motion, filed by CFE International LLC, re 33 Opposed MOTION to Quash *Subpoenas & For Protective Order* filed by Respondent Arbor Glen Consulting LLC (Attachments: # 1 Affidavit Supplemental Declaration of Fernando Aponte Martinez)(Russell, William) (Entered: 06/28/2022) |
| 07/01/2022 | 37 | STIPULATION *Regarding Respondent's Request to Extend Its Deadline to File Reply in Support of Motion to Quash* by Arbor Glen Consulting LLC, CFE |

| | | |
|---|---|---|
| | | International LLC. (Attachments: # 1 Proposed Order)(Cohan, Lindsey) (Entered: 07/01/2022) |
| 07/06/2022 | 38 | ORDER re 37 STIPULATION Regarding Respondent's Request to Extend Its Deadline to File Reply in Support of Motion to Quash. Arbor Glen shall file any reply in further support of the Motion on or before Friday, July 8, 2022. Signed by Judge Mark Lane. (cc3) (Entered: 07/06/2022) |
| 07/08/2022 | 39 | REPLY to Response to Motion, filed by Arbor Glen Consulting LLC, re 33 Opposed MOTION to Quash *Subpoenas & For Protective Order* filed by Respondent Arbor Glen Consulting LLC (Cohan, Lindsey) (Entered: 07/08/2022) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/13/2022 14:30:12 | | | |
| PACER Login: | pw0001MAO:2618229:0 | Client Code: | 023361-00001-55014 |
| Description: | Docket Report | Search Criteria: | 1:22-mc-00429-LY-ML |
| Billable Pages: | 6 | Cost: | 0.60 |