# EXHIBIT 6

# FILED EX PARTE AND UNDER SEAL

United States District Court
Southern District of Texas
**ENTERED**
June 07, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| IN RE APPLICATION OF CFE INTERNATIONAL LLC | § CIVIL ACTION NO.<br>§ 4:22-mc-00896<br>§<br>§<br>§ JUDGE CHARLES ESKRIDGE<br>§<br>§<br>§<br>§ |

ORDER

CFE International LLC seeks an order pursuant to 28 USC § 1782(a) granting it leave to serve several subpoenas on JG Energy Consulting Corporation. Dkt 2. It moves to file that application *ex parte* and under seal. Dkt 1.

The motion to file *ex parte* and under seal is GRANTED. Dkt 1; see also *Helen Trading SA v McQuilling Partners Inc*, 2018 WL 7252925, *1 (SD Tex).

The Clerk of the Court is ORDERED to place the action under seal. All documents in this action shall be filed *ex parte* and under seal until further order of the Court.

CFE International LLC is ORDERED to promptly notify the Court upon serving the subpoenas at issue on JG Energy Consulting Corporation, at which time this action shall be unsealed. See Dkts 2 & 23.

Any applicable notice requirements under Rule 45 of the Federal Rules of Civil Procedure with respect to service of notice of the subpoenas on the parties to the underlying Mexican criminal action are stayed until service of such subpoenas on JG Energy Consulting Corporation.

So ORDERED.

Signed on June 7, 2022, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge