# EXHIBIT 7

# FILED EX PARTE AND UNDER SEAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

IN RE APPLICATION OF ABC,

For Order Pursuant to 28 U.S.C. § 1782 for the Issuance : 11 Misc. 00179
of Subpoenas to DEF Company, GHI, N.A., JKL
Corporation and MNO, N.A.

------------------------------------- x

U.S. DISTRICT COURT FILED JUL 12 2011 S.D. OF N.Y.

## [PROPOSED] SEALING ORDER

WHEREAS, the Applicant ("ABC") has applied for an order authorizing it to serve subpoenas upon four entities ("DEF Company", "GHI, N.A.", "JKL Corporation" and "MNO, N.A."); and

WHEREAS ABC has further applied for an order directing that the entire action, including the identity of the parties, be filed under seal;

**IT IS HEREBY ORDERED,** that

1. The Application to seal the action is GRANTED, and the Clerk of the Court is directed to file this entire case under seal.

2. Until further Order of the Court, all documents in this case shall be filed under seal.

3. Any public record of this case shall not include the names of the parties, but rather shall be referred to as follows: "IN RE APPLICATION OF ABC, For Order Pursuant to 28

U.S.C. § 1782 for the Issuance of Subpoenas to DEF Company, GHI, N.A., JKL Corporation and MNO, N.A."

Dated: New York, New York
May 19, 2011

_____
THE HONORABLE SIDNEY H. STEIN
UNITED STATES DISTRICT JUDGE