# EXHIBIT 9

# FILED EX PARTE AND UNDER SEAL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re Ex Parte* Application of<br><br>CFE International LLC,<br><br>　　　　　　　　Applicant,<br><br>Denham Capital Management LP,<br><br>　　　　　　　　Respondent. | Case No. 22-MC-91355-FDS<br><br>**ORDER<br>REGARDING FILING *EX PARTE*<br>AND UNDER SEAL** |

**FILED EX PARTE AND UNDER SEAL**

WHEREAS, Applicant CFE International LLC ("CFEi") has applied for an order authorizing it to serve subpoenas upon Respondent Denham Capital Management LP, ("Denham"); and

WHEREAS, CFEi has further applied for an order directing that this entire action be filed *ex parte* and under seal;

**IT IS HEREBY** ORDERED, THAT:

　　1.　　CFEI's Motion to File *Ex Parte* and Under Seal is GRANTED, and the Clerk of the Court is directed to place the action under seal.

　　2.　　Until further Order of the Court, all documents in this action shall be filed *ex parte* and under seal.

- 1 -

- 2 -

3.    Any applicable notice requirements under Federal Rule of Civil Procedure 45 with respect to service of notice of the subpoenas on the parties to the underlying criminal proceeding in Mexico are stayed until service of the above-referenced subpoenas upon Denham.

Dated: Boston, Massachusetts

    July_____, 2022

_____
THE HONORABLE
UNITED STATES DISTRICT JUDGE